IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Cipriani USA, Inc., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FREDERICK LESORT, an individual, and JOHN DOES 1-5,<br><br>Defendants. | Civil Action No. 1:21-cv-6806 |

## CORPORATE DISCLOSURE STATEMENT

Plaintiff Cipriani USA, Inc.'s ultimate corporate parent entity is Cipriani Group Holding Sarl, a Luxembourg entity. There are no publicly held companies in the chain of ownership between Cipriani USA, Inc. and its ultimate parent entity. There are no affiliate entities that are publicly held with ownership interests or control with respect to Cipriani USA, Inc.

Dated: New York, New York
August 12, 2021

ARENT FOX LLP

By: _____
Michelle Mancino Marsh
1301 Avenue of the Americas, 42nd Floor
New York, NY 10019
Telephone: 212.484.3900
Facsimile: 212.484.3990

Ross Q. Panko* *motion for pro hac vice forthcoming*
Laura Zell* *motion for pro hac vice forthcoming*
ARENT FOX LLP
1717 K Street, NW
Washington, DC  20006-5344
Telephone: 202.857.6000
Facsimile: 202.857.6395

*Attorneys for Cipriani USA, Inc.*